■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. BARRY A. FRANK, Admitted on March 15, 1976, at

a Term of the Appellate Division, First Department. [675 NYS2d 280] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [*See,* 240 AD2d 106.]